UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KWANG J. YI, | ) | Case No. 2:26-cv-01211-DMK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ~~[PROPOSED]~~ |
| | ) | **JUDGMENT OF REMAND** |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: _____5/21/2026_____        _____

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE